IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

        Plaintiff,               No. CIV S-07-1463 WBS EFB P

    vs.

ARONG, et al.,

        Defendants.       ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On September 21, 2007, the court directed plaintiff to submit a completed summons and three copies of the July 23, 2007 endorsed complaint for the U. S. Marshal to serve defendants. Plaintiff did not submit a completed summons or any copies of the complaint. He has failed to comply with the order.

        It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the September 21, 2007 order, or to submit a completed summons and three copies of his complaint. Failure to comply with this order will result in a

/////

/////

/////

1

1 recommendation that this action be dismissed. The Clerk of the Court is directed to send to

2 plaintiff one summons and one copy of the July 23, 2007 pleading.

3 DATED: October 31, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

      Plaintiff,               No. CIV S-07-1463 WBS EFB P

      vs.

ARONG, et al.,

      Defendants.        <u>NOTICE OF SUBMISSION</u>

_____/       <u>OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

      One      completed summons

      ____      copies of the _____
                                Complaint/Amended Complaint

DATED:

                                          _____
                                          Plaintiff