IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

      Plaintiff,                   No. CIV S-07-1463 WBS EFB P

   vs.

ARONG, et al.,

      Defendants.            FINDINGS & RECOMMENDATIONS

_____/

     Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He filed his amended complaint on October 12, 2007. On December 4, 2007, the court found that the amended complaint continued to state cognizable claims as to defendants Maxham and Rendon, but not as to defendants Wedell, Heintschell, Williamson, May, Kaley or Hawkins. The court gave plaintiff 20 days to submit materials for service of process on defendants Maxham and Rendon, or, alternatively, 30 days to file a second-amended complaint.

     The times for acting have passed and plaintiff has not submitted the materials necessary to serve process on defendants Maxham and Rendon, nor has he filed an amended complaint or otherwise responded to the December 4, 2007, order.

////

////

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:   January 31, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2