IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

        Plaintiff,                      No. CIV S-07-1463 WBS EFB P

       vs.

ARONG, et al.,

        Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding without counsel for alleged civil rights violations. *See* 42 U.S.C. § 1983. On January 31, 2008, this court recommended that this action be dismissed because plaintiff had not complied with the court's December 4, 2007 order. On February 22, 2008, plaintiff filed objections to the findings and recommendations, wherein he stated that he never received the December 4, 2007 order. Accordingly, the court will direct the Clerk to send plaintiff a copy of the December 4, 2007 order and will vacate its January 31, 2008 findings and recommendations. Accordingly, the court hereby orders that:

      1.     The January 31, 2008 findings and recommendations are vacated.

      2.     With this order the Clerk of the Court shall provide to plaintiff a copy of the December 4, 2007 order, a blank summons, a copy of the pleading filed October 12, 2007, five USM-285 forms and instructions for service of process on defendants Turella, Maxham, Rendon,

1

1  Perfino, and Moreno. Within 20 days of service of this order plaintiff may return the attached
2  Notice of Submission of Documents with the completed summons, the completed USM-285
3  forms, and six copies of the October 12, 2007, complaint.  The court will transmit them to the
4  United States Marshal for service of process pursuant to Fed. R. Civ. P. 4. Defendants Turella,
5  Maxham, Rendon, Perfino, and Moreno will be required to respond to plaintiff's allegations
6  within the deadlines stated in Fed. R. Civ. P. 12(a)(1).  In this event, the court will construe
7  plaintiff's election to proceed forthwith as consent to an order dismissing his defective claims
8  against defendants Wedell, Heintschell, Williamson, May, Kaley, or Hawkins without prejudice.
9      3.  Plaintiff's failure to comply with this order will result in a recommendation of
10 dismissal.
11     So ordered.
12 Dated:  October 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

        Plaintiff,                  No. CIV S-07-1463 WBS EFB P

    vs.

ARONG, et al.,                    <u>NOTICE OF SUBMISSION</u>
<u>OF DOCUMENTS</u>

        Defendants.
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        ____        completed USM-285 forms

        ____        copies of the _____
                                  Complaint/Amended Complaint

DATED:

                                          _____
                                          Plaintiff