IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

      Plaintiff,                    No. CIV S-07-1463 WBS EFB P

     vs.

ARONG, et al.,                    FINDINGS AND RECOMMENDATIONS

      Defendants.

_____/

     Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. By order filed December 4, 2007, the court found that plaintiff had stated sufficient charging allegations against defendants Turella, Maxham, Rendon, Perfino and Moreno and informed plaintiff he could proceed against those defendants only or file an amended complaint that also states a claim against defendants Wedell, Heintschell, Williamson, May, Kaley and Hawkins. The court also informed plaintiff that the court would consider his decision to proceed only as to defendants Turella, Maxham, Rendon, Perfino and Moreno as consent to the dismissal of the other named defendants. On November 12, 2007, plaintiff returned documents for service against defendants Turella, Maxham, Rendon, Perfino and Moreno.

////

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against defendants Wedell, Heintschell, Williamson, May, Kaley and Hawkins be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 19, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2