IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

        Plaintiff,                No. CIV S-07-1463 WBS EFB P

    vs.

ARONG, et al.,

        Defendants.        ORDER
_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's December 3, 2008, request for appointment of counsel is denied.

DATED: December 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE