IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

      Plaintiff,                    No. CIV S-07-1463 WBS EFB P

     vs.

ARONG, et al.,                    ORDER

      Defendants.

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants have requested extensions of time in which to file a responsive pleading. *See* Fed. R. Civ. P. 6(b).

     Defendants' January 22, 2009, requests are granted and defendants have until March 9, 2009 to file a responsive pleading.

     So ordered.

DATED: February 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE