| | |
|---|---|
| 1 | **WILLIAMS & ASSOCIATES** |
| | 1250 Sutterville Road, Ste. 290 |
| 2 | Sacramento, CA 95822 |
| | (916) 456-1122 |
| 3 | (916) 737-1126 (fax) |
| 4 | Kathleen J. Williams, CSB #127021 |
| 5 | Attorneys for defendant |
| | JOSEPH TURELLA, D.O. |

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONIE ELMORE, | CASE NO: CIV-S-07-1463 WBS EFB P |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT JOSEPH TURELLA, D.O.** |
| vs. | |
| DR. WEDELL, OFC. WILLIAMSON, SGT. HEINTSCHELL, OFC. MAXHAM, OFC. PERFINO, LT. G. MORENO, OFC. KALEY, DR. HAWKINS, LT. RENDON, OFC. MAY & DR. TURELLA, | |
| Defendants. | |

Defendant JOSEPH TURELLA, D.O. hereby substitutes the following counsel in place and in stead of the Attorney General's Office:

Kathleen J. Williams, CSB #127021
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

///

///

///

*Elmore v. Wedell, et al.* [CIV-S-07-1463 WBS EFB P]/Substitution of Attorneys for Dr. Turella        Page 1

All counsel in this matter are requested to direct all communications to the above-referenced address beginning immediately.

I consent to this substitution.

Dated: 4/30/09     CALIFORNIA STATE ATTORNEY GENERAL

By: /s/ *William P. Brodbeck* (original signature retained by counsel)
William P. Brodbeck, Deputy Attorney General
Attorneys for defendant
JOSEPH TURELLA, D.O.

I consent to this substitution.

Dated: 4/20/09     /s/*Joseph Turella, D.O.* (original signature retained by counsel)
JOSEPH TURELLA, D.O. defendant

I accept this substitution.

Dated: 4/27/09     WILLIAMS & ASSOCIATES

By: /s/ *Kathleen J. Williams*
Kathleen J. Williams, CSB 127021

**IT IS SO ORDERED.**

Dated: May 5, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

*Elmore v. Wedell, et al.* [CIV-S-07-1463 WBS EFB P]/Substitution of Attorneys for Dr. Turella     Page 2

## PROOF OF SERVICE BY MAIL

Case Name: *Elmore v. Wedell, et al.*
Case Number: CIV-S-07-1463 WBS EFB P
Court : USDC, Eastern District of California

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1250 Sutterville Road, Suite 290, Sacramento, California 95822. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with WILLIAMS & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

I certify that on May 4, 2009, pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

and addressed as follows:

**LEGAL DOCUMENTS ENCLOSED**
Tonie Elmore P-17172
CORCORAN STATE PRISON
PO Box 5246
Corcoran, CA 93212

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

DATED: May 4, 2009

SUSAN J. OLSSON