IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

        Plaintiff,                  No. CIV S-07-1463 WBS KJN P

    vs.

ARONG, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 26, 2010, the previously assigned magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed January 26, 2010, are adopted in full;

2. Defendant's May 6, 2009 motion to dismiss is denied; and

3. Defendant is directed to file an answer within thirty days of this order.

DATED:  March 17, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE