IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

      Plaintiff,                                           No. 2:07-cv-1463 WBS KJN P

     vs.

ARONG, et al.,

      Defendants.             <u>ORDER</u>

                               /

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

         On May 21, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed May 21, 2010, are adopted in full.

2. The motion for summary judgment filed September 11, 2009 on behalf of defendants Maxham, Moreno, Rendon and Perfino is granted.

DATED: June 23, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/elmo1463.801