IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

      Plaintiff,               No. 2: 07-cv-1463 WBS KJN P

  vs.

ARONG, et al.,

      Defendants.        <u>ORDER</u>

_____/

      On August 13, 2010, plaintiff was granted a thirty day extension of time to file an opposition to defendant Turella's summary judgment motion. On August 13, 2010, plaintiff filed a letter with the court stating that he did not receive defendant's summary judgment motion. Although it appears that defendant's motion was properly served, defendant is ordered to re-serve plaintiff with the motion.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Within five days of the date of this order, defendant Turella shall re-serve plaintiff with his summary judgment motion and file proof of service with the court;

////

////

////

1

2. Plaintiff's opposition to defendant's summary judgment motion is due within thirty days of the date of this order.

DATED: August 24, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

el1453.ser