IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

     Plaintiff,                   No. 2: 07-cv-1463 WBS KJN P

  vs.

ARONG, et al.,

     Defendants.             <u>ORDER</u>

        On June 29, 2010, defendant Turella filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. On August 13, 2010, plaintiff was granted a thirty day extension of time to file an opposition. On August 24, 2010, defendant was ordered to re-serve plaintiff with the motion and plaintiff was granted an additional thirty days to file his opposition. On August 27, 2010, defendant filed proof of re-service of the motion. Thirty days passed and plaintiff did not file an opposition.

        Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On November 19, 2008, plaintiff was advised of the requirements for filing an opposition to a motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

1     Local Rule 110 provides that failure to comply with the Local Rules "may be
2 grounds for imposition of any and all sanctions authorized by statute or Rule or within the
3 inherent power of the Court." In the order filed November 19, 2008, plaintiff was also advised
4 that failure to comply with the Local Rules may result in a recommendation that the action be
5 dismissed.
6     Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days
7 of the date of this order, plaintiff shall file an opposition, if any, to the motion for summary
8 judgment. Failure to file an opposition will be deemed as a statement of non-opposition and
9 shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil
10 Procedure 41(b).

DATED: October 5, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

el1463.46