IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

       Plaintiff,                   No. 2: 07-cv-1463 WBS KJN P

     vs.

ARONG, et al.,

       Defendants.         <u>ORDER</u>

                            /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On November 12, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        Because plaintiff, by his failure to file any opposition to the motion despite being given several extensions of time and opportunities to do so, has clearly demonstrated that he has no objection to the granting of defendant Turella's motion for summary judgement, and because the motion appears to have merit,  IT IS HEREBY ORDERED that defendant Turella's motion

1

1  for summary judgment be, and the same hereby is, GRANTED.

2  DATED:   December 17, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

el1463.jo